# JOHN HOWARD GILBERT,
*Petitioner,*

*v.*

# STATE BOARD OF PAROLE,
*Respondent.*

(CA A47967)

777 P2d 1012

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a final order of the Board of Parole setting his release date. We address only his principal contention[1] that the Board erred in computing his history/risk score by counting four convictions in which he was without counsel. The Board imposed the burden on him to prove that he was denied counsel in those convictions and did not waive counsel. We have upheld the Board's rule that, in the absence of a record indicating a constitutional infirmity of a conviction, it will take the prior conviction into account in determining an inmate's criminal history/risk score. *Matteson v. Board of Parole,* 63 Or App 418, 664 P2d 434 (1983). The record does not show a constitutional infirmity in any of the four convictions. The Board followed its rule here.

Affirmed.

---

[1] His other assignment requires no discussion.